IN The United States District Court
for the Western District of Pennsylvania

Richard A. Hammonds                    Civil Action, no: 10-444
Pro-se Plaintiff
vs
Officer Randy Justice, Officer Kovac, Officer Maxwell, Officer Pendal
Officers Edwards, Officer Young, Officer Chronister, Officer Holloway, Officer
William Francis, Officer Best, Sgt Andrew Coulter, Warden Ramon Rustin
Officers John Doe, John Doe, John Doe, John Doe, Chief Executive Dan
Onorato

1. This is a civil Action authorized by 42 U.S.C. Section 1983 to redress the Deprivation, under color of state law, of Rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (A)(3) plaintiff seeks declaratory relief pursuant to 28 U.S.C Section 2201 and 2202. plaintiffs Claims for injunctive relief are authorized by 28 U.S.C Section 2283 and 2284 and Rule 65 of the Federal Rules of civil procedure.

2. The Western District of Pennsylvania is an appropriate venue under 28 U.S.C section 1391 (B)(2) because it is where the events giving rise to this claim occurred.

3. The plaintiff Richard Allen Hammonds is and was at all times mentioned herein a prisoner of the County of Allegheny County Jail. He is currently confined in SCI-Dallas in Dallas Pennsylvania.

4. Defendant Dan Onorato is the Chief Executive of the Allegheny County Jail. He is legally responsible for the overall operation of the Department and each institution under it's jurisdiction, including Allegheny County Jail.

5. Defendant Warden Ramon Rustin is the warden of Allegheny County Jail. He is legally responsible for the operation of the Allegheny County Jail and for the welfare of all the inmates at that prison.

6. Defendant Randy Justice, Kovac, Maxwell, Pendal, Edwards, Young, Chronister, Holloway, William Francis, Best, Sgt Andrew Coulter, John Doe, John Doe, John Doe, John Doe is Correctional officers of the Allegheny County

2

who at all times mentioned in this complaint held the rank of county officers and sgt and was assigned to the allegheny county.

7) Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

8) On July 4, 2009 Saturday after 2:00 pm county officer Randy Justice and John Doe came to cell 207 on pod 6-E for routine cell search officer Justice order inmate Hammonds out of the cell, stating an reliable witness informed C/o Justice that inmate had an shank "home-made knife" upon officer Justice entering the cell Hammonds and Justice had an disagreement. Officer then order inmate into the Day cell for an strip search calling inmate an nigger. Hammonds follows officer's instruction entering the cell officer Justice states "talk that shit now nigger" inmate states "fuck you pussy cracker take me to the hole" Justice forcefully grabs inmates neck and twist his left arm behind his back inmate pushes Justice hand and states "man just take me to the hole cuz" Justice then grabs inmate's neck and twist his left arm again thus causing pain he savagely bite's him on his left hand at that time Hammonds screams and out of reflex punches Justice repeatedly in the face until he let's go of inmate hand from the pit of his mouth officer John Doe hears the unusual commotion intervenes and cease the commotion. Hand cuffs inmate and excorts him to sally port on a level 6-E pod, and calls Sgt Coulter.

9) Sgt Andrew Coulter and officer Kovac enters the sally port Kovac states "are you Richard Hammonds" inmate states "yes sir" Sgt Coulter states "you done fucked up now nigger" both officers enters the pod. Sgt Coulter asks officer Justice "do you want me fear me with this nigger boy" Justice states "yes" Sgt Coulter orders John Doe to watch the pod while we "Justice, Kovac, Sgt Coulter, and inmate Hammonds" "go handle some unfinished business" Coulter, Justice, & Kovac enters the sally-port Sgt Coulter states "you done fucked up now nigger" then excorts inmate down level 6 hallway passing the elevator to get up to level 9 DHU inmate states "man what the fuck is going on man just take me to the hole cuz"

3.

Justice states "payback time nigger" Hammonds states "fuck you talking about bitch you started it when you bit me". Kovac states "and now where going to finish it" and shoves inmate into level 6 interview room and states "I am going to take these hand cuffs off when I do place your hands on the wall and don't move or I'm going to beat the ape out of you putting you back in a monkeys place" inmate complies with instructions. Sgt Coulther states "go ahead Justice fuck him up". Justice states "turn around bitch" inmate turns Justice throws a punch inmate dips it with ease Justice throws another one inmate dips that one also Sgt Coulther states "come on Justice don't let this nigger win" Justice then rushes Hammonds tackling him to the ground Sgt Coulther & Kovac breaks it up Coulther states "Round two" officer Justice then throws another punch connecting to inmates face inmate becomes very upset and punches Justice knocking him to the ground Coulther or Kovac strikes inmate from behind knocking him to the ground and all three officers punch and kick inmate near unconsciousness splitting Hammonds lip almost half way off hand cuffs him and escorts him to DHU.

10.  while being stripped searched inmate asks Kovac and John Doe for medical both officer's declines inmate's request deliberately hand cuffs him and escorts him to cell 206 on 3-E DHU leaves him there without contacting medical on July 4 2009 11 to 7 shift does Regular count inmate ask officer Francis for medical officer states "fuck you nigger should've never hit my friend" inmate states "man fuck all the small talk bitch look at my face cuz I need medical" officer Francis states "yeah what ever" walks away without contacting medical during 2:30 count am officer John Doe does count inmate ask for medical but was denied deliberately all throw the night

11.  July 5th 2009 sunday officers come on the pod inmate snops Edwards and says "Yo man I need medical I am in sever pain" officer ~~Justice~~ Edwards states "what the fuck happened to you where were you are at some where in Iraq" inmate states "ask your pussy cracker friends nigga just get me medical" Edwards states "sorry no cant do it comes from the higher ups he says not to do anything for you" walks away denying him medical.

4

At 9 am officer pendal does routine count Hammonds ask him for medical officer denies him deliberately at 10 am nurse mrs trish Does daily sick call walk through witnesses inmate Hammonds bruses tell C/o pendal "this man needs medical" pendal states "yes ma'am we will send him down once we get an escort" nurse trish leaves the block pendal states " "when her freezes over" several officers doing Sunday July 5 2009 7 to 3 shift denies inmate medical repeatedly and deliberately all through 1st shift.

12.  3 to 11 shift comes on officer maxwell does count inmate states "yo Cuz I need to see medical please I've been in severe pain all night and all day C/o maxwell states " so what nigger should've never hit Justice" all through out the 3 to 11 shift denyed medical 11 to 7 shift guards comes on and deliberately denies medical also all through out the night.

13.  July 6 2009 monday 7 to 3 shift internal affairs caption pofi & Detective John Doe interviews Hammonds Aks him to write a breif description document on the facts of what happened July 4, 2009 take's pictures split lip, bite mark on left hand order's guards on 7 to 3 shift (young) to take inmate to medical where nurse Jain Doe and John Doe treats inmates bruse's And informs guards that "these bruses should've been looked at 48 hours ago" Sends him to outside hospital for futurer examination where they prescribed him antibiotics and Ibuprofin and some mouth wash send inmate back to county Jail end of complaint

14.  upon information and belief the internal affairs for the allegheny county Jail has pictures of the bruses bruse's and video camera camera of the whole incident of July 4th 2009 coption pofi is the man in charge of that

15.  Plaintiff Hammonds used attempted to use the prisoner grievance system but was Denied deliberately by officer maxwell on July 4 2009 (inmate) plaintiff Hammonds tries numerous times but was Denied

5.

16. Plaintiffs Reallege and incorporate by reference paragraphs 1-15.

17. The Excessive force, racial discrimination, denial of medical care, deliberate indifference, recklessness, cruel and unusual punishment, official retaliation, and fundamental fairness violated plaintiff Richard Hammonds' rights and constituted cruel and unusual punishment, a due process violation under the Eighth or Fourteenth amendment to the United States constitution.

18. The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

Wherefore, plaintiff respectfully prays that this court enter Judgement granting plaintiffs:

19. A declaration that the acts and omission described herein violated plaintiff's Rights under the constitution and laws of the United States.

20. A preliminary and permanent injunction ordering defendants Sgt Andrew Coulter, Randy Justice and et. al., to stop harrassing inmate Hammonds every chance he go to the county Jail on writ.

21. Compensatory damages in the amount of $850,000 against each defendant, Jointly and severally.

22. Punitive damages in the amount of $850,000 against each defendant.

6.

23. A Jury trial on all issues triable by Jury.

24. plaintiffs cost in this suit

25. any additional relief this court deems Just, proper, and equitable.

26. Date: May 31, 2009

*Richard Hammonds Jr.*
Richard Hammonds JR
Respectfully Submitted
Richard Allen Hammonds JR.   JD8826
SCI-Dallas
1000 Follies Road
Dallas Pennsylvania 18612-0286

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as matters alleged on information and beliefs and as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Dallas pA on June 1, 2009
*Richard Hammonds*
Richard Hammonds JR
JO 8826
SCI-Dallas
1000 Follies Road
Dallas pennsylvania 18612-0286