# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Richard A. Hammonds         )
                            )
                            )
                  Plaintiff )
        vs.                 )     No.      2:10-cv-444
John Doe I, et al           )
                            )
                            )
                Defendants  )

HEARING ON   January 17, 2013      Mediation

Before U. S. Magistrate Judge  Susan Paradise Baxter

John F. Mizner, Esq.                    Craig E. Maravich, Esq.
Joseph M. Kanfer, Esq.                  Michael H. Wojcik, Esq.

Appear for Plaintiff                    Appear for Defendant

Hearing Begun    10:10                  Hearing Adjourned to

Hearing concluded C.A.V.  1:30 pm       Stenographer  Ron Bench
                                        CD:           Index:

**WITNESSES**

For Plaintiff                           For Defendant

Conference held.